## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:   ARTHUR WATKINS JR
DEBTOR(S)                                                    CASE#19-08803-JMC 13

## <u>VOLUNTARY MOTION TO DISMISS</u>

Debtor(s), by counsel Darrell Dolan, request that this case be dismissed as the debtor has decided to try another means to pay his creditors.

Respectfully Submitted,        <u>/s/ Darrell J. Dolan</u>
Darrell J. Dolan
6525 E. 82nd Street, Suite 102
Indianapolis, IN 46250
Phone  (317) 842-0022
Fax     (317) 842-2216
Darrell@attorneydolan.com

I certify this document was sent to the U.S. Trustee, Trustee, and all parties receiving notice through CM/ECF on December 9, 2019.
<u>/s/ Darrell J. Doan</u>